**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 1 1 2010
JAMES W. McCORMACK, CLERK
By:_____ 
DEP CLERK

CASE NO. 1:10CV00062 WRW/JTR

Jury Trial: ☐ Yes   ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Brady Lee Horton
ADC # 122529

Address: P.O. Box 1317 Mtn. View, AR 72560

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Wilson
and to Magistrate Judge Ray

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Jerry Loggins
Position: Searcy Co. Sheriff
Place of employment: Searcy Co Law Enforcement Agency
Address: P.O. Box 812 Marshall, AR 72650

Name of defendant: Joey Pruitt
Position: Searcy Co. Chief Deputy
Place of employment: Searcy Co Law Enforcement Agency

Address: P.O. Box 812 Marshall, AR 72650
Name of defendant: DeWayne Pierce
Position: (CID) Searcy Co. Deputy
Place of employment: Searcy Co Law Enforcement Agency
Address: P.O. Box 812 Marshall, AR 72650
Name of defendant: Derek Harmon
Position: Searcy Co. Deputy
Place of employment: Searcy Co. Law Enforcement Agency
Address: P.O. Box 812 Marshall, AR 72650

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county):

 ☐ Docket Number: _____

 ☐ Name of judge to whom case was assigned: _____

 ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

 ☐ Approximate date of filing lawsuit: _____

 ☐ Approximate date of disposition: _____

IV. Place of present confinement: **Stone Co. Jail**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

 **X** in jail and still awaiting trial on pending criminal charges

 ____ serving a sentence as a result of a judgment of conviction

 ____ in jail for other reasons (e.g., alleged probation violation, etc.)
  explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

 · Did you file a grievance or grievances presenting the facts set forth in this complaint?

  Yes **X** No ____ **In Part**

 · Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

  Yes ____ No **X**

  If not, why? **Searcy Co. would not comply with answering grievances or medical request, and I was moved from Boone Co. to Stone Co. after I was assaulted in Boone Co.**

I have a diary of names, dates, times, and happenings, in the office of Stone Co. Sheriff, Todd Hudspeth; I've been trying to get them back in my possession for months.

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) Sheriff Loggins + Deputy Pruitt chose to cover up facts that I presented to them about unethical + illegal procedures by (CID) Dewayne Pierce + Deputy Pros. Whittingham in my case + the case of Jesse Wyatt. They wouldn't drop "No Contact Orders" after they violated themselves, by allowing my mother to visit.

(2) Dr. Jose cut me back on medication, the day after seeing me in person, on the word (Lies) of Searcy Co. Law, without even seeing me. Whereas I suffered undo anxiety, and illegal and unethical sanction's.

(3) Pierce + Whittingham lied + blowed out of proportion my case + charges, and also they approached Jesse Wyatt with a "deal" his legal council was absent.

(4) I didn't recieve a phone call for (10) days after being arrested; I was transported illegally by Derek Harmon + Tom VanKirk, I still haven't recieved proper legal representation, my attorney Mel Jackson couldn't even get these forms for me + told me he's not licensed to practice in federal court.

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

I want my civil liberties to be upheld (avenged) I want my charges dropped, I want my name cleared, I want monetary settlements that are fair; I want the credentials stripped from the corrupt people involved.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  5th  day of  August , 20 10 .

*Brady Lee Horton*

_____
Signature(s) of plaintiff(s)

Name of Defendant:  Dr. Jose Abiseid

Position:  Doctor of medicine

Place of employment:  Family Health Practice

Address:  P.O. Box 66  Clinton, AR  72031

Revised 03/19/09