IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRADY LEE HORTON                                                                          PLAINTIFF

        v.                                      Civil No. 10-3082

SHERIFF JERRY LOGGINS;
CHIEF DEPUTY JOEY PRUITT;
DEPUTY DEWAYNE PIERCE;
DEPUTY DEREK HARMON; and
DR. JOSE ABISEID                                                                        DEFENDANTS

## ORDER

The plaintiff has filed a motion to proceed *in forma pauperis* (IFP) (Doc. 1). The motion (Doc. 1) is granted. Pursuant to the provisions of the Prison Litigation Reform Act, the clerk is directed to collect the $350 filing fee from the plaintiff.

The court hereby directs the United States Marshal to serve the Defendants Sheriff Jerry Loggins, Chief Deputy Joey Pruitt, Deputy Dewayne Pierce, Deputy Derek Harmon and Dr. Jose Abiseid. Sheriff Loggins, Deputy Pruitt, Deputy Pierce and Deputy Harmon may be served at the Searcy County Sheriff's Office/Detention Center, 208 Factory Road, Marshall AR 72650. Dr. Abiseid may be served at the Family Practice Center, 194 Shakerag Road, Clinton, AR 72031.

Defendants are to be served without prepayment of fees and costs or security therefor. The defendants are ordered to answer within twenty-one (21) days from the date of service.

IT IS SO ORDERED this 5th day of October 2010.

                                              /s/ *J. Marschewski*
                                             HON. JAMES R. MARSCHEWSKI
                                             CHIEF UNITED STATES MAGISTRATE JUDGE