IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRADY LEE HORTON                                                            PLAINTIFF

                 v.                  Civil No. 10-3082

SHERIFF JERRY LOGGINS;
CHIEF DEPUTY JOEY PRUITT;
DEPUTY DEWAYNE PIERCE;
DEPUTY DEREK HARMON; and
DR. JOSE ABISEID                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

On May 9, 2011, Plaintiff filed a motion to dismiss (Doc. 52) the case without prejudice. I recommend that the motion to dismiss (Doc. 52) be granted and this case be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of May 2011.

                                                 /s/ *J. Marschewski*
                                                HON. JAMES R. OMARSCHEWSKI
                                                CHIEF UNITED STATES MAGISTRATE JUDGE